1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOEL WRIGHT and GLORIA LISA WRIGHT, husband and wife, individually and as a marital community; et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF MOSES LAKE, a municipal corporation of the State of Washington; et al.,<br><br>                    Defendants. | NO. CV-08-250-LRS<br><br><br>ORDER DISMISSING CAUSE WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) |

6

7

8

9

10

11      THIS MATTER, having come before the Court on the stipulated motion

12  of Plaintiffs and Defendants to dismiss Plaintiffs' action with prejudice

13  pursuant to Rule 41(a)(1)(A)(ii), and the Court having examined the files and

    records herein, and otherwise being fully advised in the premises;

14

        WHEREFORE, IT IS HEREBY ORDERED that Plaintiffs' and

15
    Defendant's stipulated motion to dismiss pursuant to Rule 41(a)(1)(A)(ii) is

16  ORDER

                    -1-

Law Offices of Brian Chase
Professional Limited Liability Company
209 Central Avenue S.
Quincy, WA 98848
(509) 787-9000
FAX 787-9040

17

granted, and this matter is dismissed with prejudice. The District Court Executive
is directed to enter this order and close the file.

   DONE IN OPEN COURT this __24th__ day of __July_____
2009.


                                   s/Lonny R. Suko
                              _____
                              LONNY R. SUKO
                     Chief  United States District Judge


Presented by:

s/ Brian Chase
WSBA #34101
Attorneys for Plaintiffs
Law Offices of Brian Chase, PLLC
209 Central Avenue South
Quincy, Washington 98848
Email: brian_m.chase@verizon.net

Stipulated to:

s/ Kirk A. Ehlis
WSBA #22908
Attorneys for Defendants
*City of Moses Lake et al*
Menke Jackson Beyer
   Ehlis & Harper, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

ORDER

-2-

Law Offices of Brian Chase
Professional Limited Liability Company
209 Central Avenue S.
Quincy, WA 98848
(509) 787-9000
FAX 787-9040